UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MELISSA CURTIS

                    Plaintiff,                 Civ. Action No. 6:20-cv-6208

        -against-

GATES COMMUNITY CHAPEL OF:
ROCHESTER d/b/a FREEDOM VILLAGE
USA and FLETCHER A. BROTHERS aka:
Pastor Brothers,                        STIPULATION OF DISMISSAL

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to the provisions of Fed. R. Civ. P. 41 (a)(l)(A)(ii), Plaintiff, MELISSA CURTIS ("Plaintiff"), and Defendant, GATES COMMUNITY CHAPEL of ROCHESTER,INC. d/b/a FREEDOM VILLAGE USA and FLETCHER A. BROTHERS (a/k/a PASTOR BROTHERS), ("Defendant"), hereby stipulate, via their respective legal counsel, to the dismissal on the merits and with prejudice, and without costs to any party as against another, of all claims asserted by all parties. Plaintiff and the Defendant further stipulate, in accordance with Local Rule 41 (A) of this District, that no party hereto is an infant or incompetent.

SO STIPULATED:

Dated: 3-25-24                      Dated: 3-25-24

Ralph DeSimone, Esq.               Joseph W. Carbonaro, Esq.
DESIMONE & ASSOCIATES, LLC      CARBONARO LAW. PC

DESIMONE & ASSOCIATES, LL         CARBONARO LAW, PC
Attorneys for Plaintiff               Attorneys for Defendants
745 Fifth Avenue, Suite 500         757 Third Avenue, 20th Floor
New York, New York 12207          New York, New York 10017
Bar Roll Number: 512167           Bar Roll Number: 2061455
(646) 776-7425                  (212) 888-5299